UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ISHA MOORE,

Plaintiff

-vs-

ASSET DATA CORP., GOTTLIEB OSTRAGER LLP,
JONES, JONES & O'CONNELL, LLP formerly
JONES, JONES LARKIN & O'CONNELL LLP

Defendant(s)

CV11-0297

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JAN 20 2011

BROOKLYN OFFICE

REQUEST TO PROCEED
IN FORMA PAUPERIS

IRIZARRY, J.
J. ORENSTEIN, M.J.

I, ISHA MOORE _____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   I am employed by Associates in OB/GYN, 1624 East 14th St, Brooklyn, NY 11229 and earn $14 an

   hour x 22.5 hrs weekly = $1354 monthly. My husband works for Enterprise Holdings, 1802 Petracca

   Place, Whitestone, NY 11357 and earns $8 an hour x 30 hours weekly = $1032 monthly.

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   Only my wages and my husband's wages

   a) Are you receiving any public benefits?  ☐ No  ☒ Yes, $ 540 foodstamp
   b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ also Medicaid

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   We have no savings. We live from pay check to pay check.

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   My husband and I support three children who live with us. My husband also pays $215 a month to

   support two other children outside the home, Ava Moore and Jahsiah Walker.

7. Do you pay for rent or for a mortgage? If so, how much each month?

   We pay $1300 a month in rent.

8. State any special financial circumstances which the Court should consider.

   My husband and I support three children at home and also provide support to two children outside

   the home. We are behind in our bills and live below the poverty line as evidenced by our receipt of

   food stamps and medicaid. We get no cash benefits from welfare.

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 1/19/11                                              _____
                                                                           (signature)

rev. 7/2002